UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE WDH HOWELL, LLC,<br><br>    Debtor. | Bankruptcy No. 01-50618 (KCF) |
| TOWNSHIP OF HOWELL,<br><br>    Appellant,<br><br>    v.<br><br>WDH HOWELL, LLC, et al.,<br><br>    Appellees. | CIVIL ACTION NO. 06-2535 (MLC)<br><br>**MEMORANDUM OPINION** |

**THE APPELLANT** advising the Court by telephone on the afternoon of September 5, 2006, and by a letter submitted to Chambers on September 7, 2006, that (1) this matter has been settled, and (2) the Court may enter a 60-day order (9-5-06 Kress Telephone Call, 9-7-06 Kress Letter); and thus the Court intending to dismiss the appeal (1) without costs and (2) without prejudice to reopen the appeal on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                          s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge